UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL CASUALTY COMPANY,

Plaintiff,

-v-

AMERICAN SAFETY CASUALTY INSURANCE COMPANY, CITY WASTE SERVICES OF NEW YORK, INC., and JOEL LOPEZ,

Defendants.

---

10 Civ. 2820 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/10

JED S. RAKOFF, U.S.D.J.

Pending before the Court is the motion of defendant American Safety Casualty Insurance Company ("American Safety") to dismiss the Complaint. After full consideration of the parties' briefs and oral argument, the Court hereby grants the motion in its entirety. However, final judgment dismissing the Complaint as to American Safety will not be entered until the Court issues an Opinion setting forth the reasons for this ruling. In the interim, further proceedings in the case are stayed as to defendant American Safety.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
November 1, 2010