UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NATIONAL CASUALTY COMPANY,   Case No.: 1:10-CV-02820 (JSR)

          Plaintiff,

-against-

AMERICAN SAFETY CASUALTY   DEFAULT JUDGMENT
INSURANCE COMPANY, CITY WASTE   AGAINST CITY
SERVICES OF NEW YORK, INC., and   WASTE SERVICES
JOEL LOPEZ,   and JOEL LOPEZ

          Defendants.
------------------------------------------------------------X

      This action having been commenced on March 31, 2010 by the filing of the Summons and Complaint and an Amended Summons and Complaint filed on July 21, 2010, and a copy of the Summons and Complaint and Amended Summons and Complaint having been personally served on the defendant, City Waste Services of New York, Inc., on April 6, 2010 and August 5, 2010, with Milton Little (Maintenance Supervisor) and John Perrino (authorized to accept service) accepting service on City Waste Services of New York, Inc.'s, behalf, and a proof of service having been filed on April 23, 2010 and August 18, 2010, with the Court and the defendant, City Waste Services of New York, Inc., not having answered the Complaint, and the time for answering the Complaint having expired.

      With respect to defendant, Joel Lopez, Joel Lopez being personally served with the initial Complaint on April 9, 2010 and being personally served with the Amended Complaint on Complaint on August 6, 2010 with Elsy Ortiz (mother in law) and Karine Paez (daughter) accepting service on Joel Lopez's behalf, and a proof of service having been filed on April 23,

2010 and August 18, 2010 with the Court, and the defendant, Joel Lopez, not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff National Casualty Company, motion for a Default Judgment is granted in all respects and plaintiff, National Casualty Company, is not required to defend and/or indemnify City Waste Services of New York, Inc., and Joel Lopez in an underlying action styled *Hector Salva v. City Waste Services of New York, Inc. and Joel Lopez* bearing index number 08/309214 as they are not entitled to coverage under the National Casualty policy and for other relief as this Court deems just.

Dated: New York, New York
   November 29, 2010

_____
U.S.D.J.   Jed S. Rakoff

This document was entered on the docket on _____.